TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICHAEL L. LINTON
Arizona State Bar No. 024729
Assistant U.S. Attorney
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. Air Force, Air National Guard.<br><br>Defendants. | **CV 24-02215-PHX-JJT**<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE** |

The parties, by and through their undersigned counsel, hereby notify the Court of their settlement in this Freedom of Information Act, 5 U.S.C. § 552, *et seq.* action and stipulate and request that the case management conference, currently set for May 27, 2025, be vacated.

Respectfully submitted this 22nd day of May, 2025.

CENTER FOR BIOLOGICAL
DIVERSITY

*s/ Trisha Sharma w/ permission*
TRISHA SHARMA
Attorney for Plaintiff

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Michael L. Linton*
MICHAEL L. LINTON
Assistant U.S. Attorney
Attorney for Defendants